

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-13-00446-CR

Benny Alonzo,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case No. 2011CR5317

# ORDER

Sitting:  Catherine Stone, Chief Justice
          Sandee Bryan Marion, Justice
          Rebeca C. Martinez, Justice

On January 28, 2014, the court issued an order directing this case be advanced for ON BRIEFS submission on March 5, 2014. The court has since determined that oral arguments are warranted and the request for oral argument is GRANTED. Formal submission and oral argument will take place on **March 18, 2014, at 10:30 A.M.** in Classroom 102 of the Law Classroom Building at St. Mary's University, located at One Camino Santa Maria, San Antonio, Texas, 78228.

It is so ORDERED on February 6, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February 2014.

_____
Keith Hottle, Clerk